IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

MDL No. 2440 – IN RE COOK MEDICAL
PELVIC REPAIR SYSTEM PRODUCT LIABILITY LITIGATION

This filing relates to:

| TONI WATKINS,<br><br>        Plaintiff,<br><br>vs.<br><br>COOK INC, ET AL.,<br><br>        Defendants. | Case No. 2:13-cv-20370 |
|---|---|

## MOTION TO DISMISS WITH PREJUDICE

COME NOW plaintiff, Toni Watkins, and hereby moves for an order of dismissal with prejudice as to all Defendants, pursuant to FED. R. CIV. PRO. 41(a)(2), with each party to bear its own costs and attorney's fees.

Respectfully submitted this 14th day of April, 2015.

                                        */s/ Douglass A. Kreis*
                                        Attorney for Plaintiff
                                        Douglass A. Kreis, Esq.
                                        Florida Bar Number: 0129704
                                        AYLSTOCK, WITKIN, KREIS &
                                        OVERHOLTZ, PLLC
                                        17 E. Main Street, Suite 200
                                        Pensacola, Florida 32502
                                        Phone: (850) 202-1010
                                        Email: dkreis@awkolaw.com

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 14th day of April, 2015, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day via transmission of Notices of Electronic Filing generated by CM/ECF on all counsel of record.

                                        */s/ Douglass A. Kreis*
                                        Attorney for Plaintiff
                                        Douglass A. Kreis, Esq.
                                        Florida Bar Number: 0129704
                                        AYLSTOCK, WITKIN, KREIS &
                                        OVERHOLTZ, PLLC
                                        17 E. Main Street, Suite 200
                                        Pensacola, Florida 32502
                                        Phone: (850) 202-1010
                                        Email: dkreis@awkolaw.com