APPROVED and SO ORDERED.
ENTER: 2613814237

*Joseph R. Goodwin* (signature)
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

MDL No. 2440 – IN RE COOK MEDICAL
PELVIC REPAIR SYSTEM PRODUCT LIABILITY LITIGATION

This filing relates to:

| TONI WATKINS, <br><br> Plaintiff, <br><br> vs. <br><br> COOK INC, ET AL., <br><br> Defendants. | Case No. 2:13-cv-20370 |
|---|---|

## MOTION TO DISMISS WITH PREJUDICE

COME NOW plaintiff, Toni Watkins, and hereby moves for an order of dismissal with prejudice as to all Defendants, pursuant to FED. R. CIV. PRO. 41(a)(2), with each party to bear its own costs and attorney's fees.

Respectfully submitted this 14th day of April, 2015.

/s/ Douglass A. Kreis
Attorney for Plaintiff
Douglass A. Kreis, Esq.
Florida Bar Number: 0129704
AYLSTOCK, WITKIN, KREIS &
OVERHOLTZ, PLLC
17 E. Main Street, Suite 200
Pensacola, Florida 32502
Phone: (850) 202-1010
Email: dkreis@awkolaw.com

1